UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-21103-CIV-MORENO

EDUARDO DEL RIO,

    Plaintiff,

vs.

THE MIAMI FIELD OFFICE OF THE FEDERAL BUREAU OF INVESTIGATIONS,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CLOSING CASE

    THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion for Summary Judgment **(D.E. No. 35)**, filed on **October 20, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 58)** on **August 6, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

    **ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 58)** on **August 6, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that Defendant's Motion for Summary Judgment is **GRANTED**. It is further

    **ADJUDGED** that this case is closed and all other pending motions are **DENIED as moot**.

    DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of August, 2009.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record